NELSON L. COHEN
Nevada State Bar No. 7657
KAREN M. BAYTOSH
Nevada State Bar No. 10510
BREMER WHYTE BROWN & O'MEARA LLP
7670 WEST LAKE MEAD BOULEVARD
SUITE 225
LAS VEGAS, NV 89128
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerandwhyte.com
kbaytosh@bremerandwhyte.com

Attorneys for Defendant,
Cycle Gear, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE S. HARWELL, | Case No. 2:11-CV-01126-ECR-RJJ |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER TO WAIVE PLAINTIFF'S CLAIMS FOR ATTORNEY'S FEES, COSTS AND EXPENSES AND TO REMAND THE HARWELL ACTION TO STATE COURT** |
| CYCLE GEAR, INC. a California Corporation; ASV inventions, inc., a California Corporation; DOE DEFENDANTS 1-10; and ROE DEFENDANTS 1-10; inclusive, | |
| Defendant. | |

Comes now Plaintiff, Steve Harwell (hereinafter "Harwell"), and Defendants, Cycle Gear, Inc. (hereinafter "Cycle Gear"), and ASV Inventions, Inc. (hereinafter "ASV"), by and through their counsel of record, Mark G. Henness, Esq., Nelson L. Cohen, Esq., and Bruce Dickinson, Esq., respectively, and hereby stipulate to the following:

(1).  That Harwell waive any and all claims for attorney's fees, costs and expenses against both Defendants in connection with his Motion to remand the Harwell Action, Case No: 2:11-CV-01126-ECR-RJJ, to State Court; and

///

///

1  (2).   That counsel for Harwell, Cycle Gear, and ASV hereby stipulate to remand the Harwell
2  Action State Court.
3  Dated: August 8, 2011
4
5  HENNESS & HAIGHT                          BREMER WHYTE BROWN &
6                                            O'MEARA, LLP
7  By_____               By_____
8  Mark G. Henness, Esq.                     Nelson L. Cohn, Esq.
   Counsel for Plaintiff,                    Karen M. Baytosh, Esq.
9  Steve Harwell                             Counsel for Defendant,
                                             Cycle Gear, Inc.
10
11 STEPHENSON & DICKENSON, P.C.
12
13 By_____
14 Bruce Scott Dickinson, Esq.
   Counsel for Defendant,
15 ASV Inventions, Inc.
16
17
18
19
20
21
22
23
24
25
26
27
28

2

## ORDER

It is hereby ORDERED, ADJUDGED AND DECREED that:

(1). Plaintiff hereby waives any and all claims for attorney's fees, costs and expenses against both Defendants in connection with his Motion to remand the Harwell Action, Case No.: 2:11-CV-01126-ECR-RJJ, to state court; and

(2) Counsel for all parties herein stipulate to remand the Harwell Action to state court.

Respectfully Submitted on the August 8, 2011.

Dated August 10, 2011.

By _____
Nelson L. Cohn, Esq.
Karen M. Baytosh, Esq.
Counsel for Defendant,
Cycle Gear, Inc.

**IT IS SO ORDERED**

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd
Las Vegas, NV 89128
(702) 258-6665

3